# United States District Court
# for the Southern District of Georgia
# Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 12:58 pm, Sep 09, 2020

WESTON SHEPHARD,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

CV 219-131

## ORDER

Before the Court is Defendant Experian Information Solutions, Inc.'s Notice of Settlement, dkt. no. 17, wherein it notifies the Court that the parties have reached a settlement and intend to file a dismissal upon consummation of the settlement terms. In light thereof, Defendant requests a stay of all deadlines and proceedings in this matter. The motion is **GRANTED**. This case shall be **STAYED** through November 9, 2020. The parties are **ORDERED** to file a status report or dismissal on or before that date.

    **SO ORDERED**, this 9 day of September, 2020.

    _____
    HON. LISA GODBEY WOOD, JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA