

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 8:39 am, Dec 31, 2020

# United States District Court
# for the Southern District of Georgia
# Brunswick Division

WESTON SHEPHARD,

     Plaintiff,

v.                                        CV 219-131

EXPERIAN INFORMATION
SOLUTIONS, INC.,

     Defendant.

## ORDER

Before the Court is Plaintiff Weston Shephard's motion to dismiss, dkt. no. 22, wherein Plaintiff indicates he wishes to dismiss all claims asserted against Defendant Experian Information Solutions, Inc. because the parties have reached a settlement agreement. Defendant consents to the dismissal. After consideration of the motion, and for good cause shown, the Court **GRANTS** the motion to dismiss. All claims asserted in this action are **DISMISSED** with prejudice. The parties shall bear their own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 31st day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA